IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LILBURN NUNNELLEE, II,

     Appellant,

v.

WILLIAM BOYETTE, WILLIAM BOYETTE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA CASH BOYETTE, DECEASED,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5341

Opinion filed September 5, 2014.

An appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

Lilburn Nunnellee, II, pro se, Appellant.

Michael W. Kehoe of Fuller, Johnson, Kehoe, Horky & Rettig, LLC., Pensacola, for Appellee.


PER CURIAM.

     AFFIRMED.


VAN NORTWICK, PADOVANO, and MARSTILLER, JJ., CONCUR.